An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN O'KEEFE, A/K/A BRIAN KERRY O'KEEFE,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 68560

FILED

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT

BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISING APPEAL

This is an appeal from an order denying a "motion to withdraw counsel for conflict and failure to present claims when IAC claims must be raised per statute in the first petition pursuant to chapter 34." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *State v. Shade,* 110 Nev. 57, 63, 867 P.2d 393, 396 (1994); *Mazzan v. State,* 109 Nev. 1067, 1075, 863 P.2d 1035, 1039-40 (1993). No statute or court rule allows for an appeal from an order denying a motion for withdrawal of counsel. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

_____

[1]Although appellant has not been granted permission to file documents in this matter in proper person, *see* NRAP 46(b), we have received and considered appellant's proper person documents.

15-25797

cc: Hon. Michael Villani, District Judge
Bryan O'Keefe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A